**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jacques Maurice Roy
Attorney at Law
P.O. Box 1592
Alexandria LA 71309

**REHEARING ACTION: January 21, 2009**

**Docket Number: 08   00309-CA**

**CHRISTOPHER M. O'BRIEN, ET UX.**
**VERSUS**
**TOWN OF GLENMORA, ET AL.**

**Appealed from Rapides Parish Case No. 222,615**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Michael G. Sullivan**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christopher M. O'Brien** has this day been

    **DENIED.**

cc: Randall Brian Keiser, Counsel for the Appellee